### NEW LONDON COUNTY, SEPTEMBER TERM, A. D. 1772.

### CHAPMAN v. CHAPMAN.

Where a penalty is given for continuing a nuisance per week, one only may be sued for at a time.

UPON a writ of error it was adjudged — That in a prosecution upon the statute for the penalty of five shillings per week, for overflowing the lands of another. The penalty for one week only, may be sued for at a time; as the penalty is given for continuing the nuisance each week, and to oblige him to remove it; it doth not appear but, that, if it had been prosecuted for the first week, it would have produced the effect which the law intended.

### HARTFORD COUNTY, ADJOURNED SUPERIOR COURT, DECEMBER TERM, A. D. 1772.

### LEE ET UX. v. SEDGWICK.

Administration is to be granted to the daughter in preference to the son of the eldest son of the intestate.

APPEAL from probate for granting letters of administration of the grandfather's estate, to the eldest son of his eldest son, in preference of the daughter of the deceased grandfather. Judgment of the Court of Probate was disaffirmed.